IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV379 |
| | ) | |
| v. | ) | ORDER FOR EXTENSION |
| | ) | OF TIME TO SERVE SUMMONS |
| JENNIFER M. GAYTAN, et al., | ) | AND COMPLAINT |
| | ) | |
| Defendant(s). | ) | |

Upon the Plaintiff's Motion for Extension of Time to Serve Summons and Complaint, (filing 15),

IT IS HEREBY ORDERED that Plaintiff is granted sixty (60) days, until November 20, 2006, within which to complete service by publication upon Defendant Ernesto Morales.

DATED August 15, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge