IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:06CV379 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JENNIFER M. GAYTAN, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

Plaintiff has filed a Motion to Confirm Sale, filing 32.

IT IS HEREBY ORDERED that any person wishing to object to confirmation of the

Marshal's sale conducted herein shall, not later than September 10, 2007, file with the Clerk and

serve upon the parties to this action a written objection to confirmation of sale setting forth the

basis for said objection.

IT IS FURTHER ORDERED that, in the event that no objection to confirmation of sale is

filed by the date specified above, plaintiff's Motion to Confirm Sale shall be considered without

hearing.

IT IS FURTHER ORDERED that, in the event that an objection to confirmation of sale is

filed by the date specified above, all issues raised by said objection will be heard before the Court

at 1:00 p.m. on September 18, 2007, in Courtroom No.1, Federal Building, 100 Centennial Mall

North, Lincoln, Nebraska.

IT IS FURTHER ORDERED that the Clerk shall mail a copy of this Order to the

following parties:

    Jennifer M. Gaytan

    ----------------------

    Plattsmouth, NE  68048

    Octavio Gaytan

    ----------------------

    Omaha, NE  68108

    Gregory Melvin

    ----------------------

    Plattsmouth, NE  68048

Amber.Coulter@rev.ne.gov

jhaszard@mchenrylaw.com

richardjohnsonlaw@cox.net


DATED: August 21, 2007.          BY THE COURT:

                                                       *s/Richard G. Kopf*
                                                    U.S. DISTRICT COURT JUDGE